UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| KEITH E. HOYD ) | |
| ) | |
| v. ) | NO. 2:13-CV-165 |
| ) | |
| CAROLYN W. COLVIN ) | |
| Acting Commissioner of Social Security ) | |

**O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. [Doc. 18]. No objections have been filed to this report. After careful consideration of the record as a whole, the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, the motion for judgment on the pleadings filed by the plaintiff is **DENIED**, [Doc.14], the motion for summary judgment filed by the defendant is **GRANTED,** [Doc. 16], and the plaintiff's complaint is **DISMISSED**.

ENTER:

                                                        s/J. RONNIE GREER
                                          UNITED STATES DISTRICT JUDGE